*Miscellaneous Orders.*

No. 61.   HUGHES ET AL. *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF CONTRA COSTA.   The motion for leave to withdraw the appearance of W. H. Orrick as counsel for the respondent is granted.

No. 130, Misc.   BRADSHAW *v.* RAYMOND, SUPERINTENDENT, ET AL.;
No. 133, Misc.   McDOWELL *v.* DOWD, WARDEN; and
No. 135, Misc.   CARROLL *v.* SWENSON, WARDEN.   The motions for leave to file petitions for writs of habeas corpus are denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.

No. 134, Misc.   SWITZER *v.* REDNOUR, SUPERINTENDENT, ET AL.   Petition denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 137, Misc.   EX PARTE BLASS ET AL.; and
No. 146, Misc.   LEHIGH *v.* WILLIAMS, GOVERNOR OF MICHIGAN, ET AL.   The motions for leave to file petitions for writs of mandamus are denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.   *Curley C. Hoffpauir* for petitioners in No. 137, Misc.